UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 2:23-cv-00056

| | |
|---|---|
| MARY MOORE and GARY THOMAS JR., <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF JOHNNY BARNES, in his official capacity as Sheriff of Washington County, North Carolina; JEFFREY AARON EDWARDS, in his official and individual capacities; BRIAN MIZELLE, in his official and individual capacities; TOWN OF PLYMOUTH, an incorporated municipality in the State of North Carolina; CHIEF WILLIE WILLIAMS, in his official capacity; KEVIN PHELPS, in his individual capacity; RYAN WHITE, in his individual capacity, <br><br> Defendants. | **ORDER GRANTING CONSENT MOTION TO MODIFY SCHEDULING ORDER** |

Pursuant to the consent of all parties to this action, IT IS HEREBY ORDERED that the Scheduling Order ("Order") entered in this matter (D.E. 37) be modified as follows:

1. All expert reports are to be completed by July 15, 2024.

2. All rebuttal expert reports are to be completed by August 12, 2024.

Except as modified herein, the Order remains in effect.

SO ORDERED. This the 17 day of June, 2024.

JAMES C. DEVER III
United States District Judge