**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NORTHERN DIVISION**
**Case No. 2:23-cv-00056-D-RJ**

| | | |
|---|---|---|
| **MARY MOORE et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | PLAINTIFFS' L.R.CIV. 7.1(h), |
| **vs.** | ) | SUGGESTION OF |
| | ) | SUBSEQUENTLY DECIDED |
| **SHERIFF JOHNNY BARNES et al.,** | ) | AUTHORITY |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pursuant to L.R.Civ. 7.1(h), Plaintiffs provide this suggestion of subsequently decided authority, which relates to Defendants' three motions for summary judgment found at Docs. 64, 69, and 72. *See also* Docs. 67, 79, 82 (Defendants' briefs), Docs. 85, 93, 97 (Plaintiffs' responses), and Docs. 92, 115, 116, (Defendants' replies).

On May 15, 2025, the Supreme Court decided *Barnes v. Felix*, 601 U.S. ___ (2025). The decision in *Barnes* is relevant to Plaintiffs' claims under 42 U.S.C. § 1983 for excessive force in violation of the Fourth Amendment. *See* Doc. 1.

Respectfully submitted this 21st day of May, 2025.

/s Micheal L. Littlejohn, Jr.
Micheal L. Littlejohn Jr.
N.C. Bar No. 49353
Littlejohn Law PLLC
PO Box 16661
Charlotte, N.C. 28297
Telephone: (704) 322-4581
Email: mll@littlejohn-law.com
*Counsel for Plaintiffs*

1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NORTHERN DIVISION**
**Case No. 2:23-cv-00056-D-RJ**

| | | |
|---|---|---|
| **MARY MOORE et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **PLAINTIFFS' L.R.CIV. 7.1(h),** |
| **vs.** | ) | **SUGGESTION OF** |
| | ) | **SUBSEQUENTLY DECIDED** |
| **SHERIFF JOHNNY BARNES et al.,** | ) | **AUTHORITY** |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I certify that on Wednesday, May 21, 2025, I filed a true and correct copy of

L.R.CIV. 7.1(h), SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY,

with the Clerk of the Court using the CM/ECF system, which will send notification to

counsel of record.

Dated: May 21, 2025

/s/ Micheal L. Littlejohn Jr.
Micheal L. Littlejohn Jr.
N.C. Bar No. 49353
PO Box 16661
Charlotte, N.C. 28297
Telephone: (704) 322-4581
Email: mll@littlejohn-law.com
*Counsel for Plaintiffs*

2