IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:23-cv-00056

| | |
|---|---|
| MARY MOORE and GARY THOMAS JR., <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF JOHNNY BARNES, in his official capacity as Sheriff of Washington County, North Carolina; JEFFREY AARON EDWARDS, in his official and individual capacities; BRIAN MIZELLE, in his official and individual capacities; TOWN OF PLYMOUTH, an incorporated municipality in the State of North Carolina; CHIEF WILLIE WILLIAMS, in his official capacity; KEVIN PHELPS, in his individual capacity; RYAN WHITE, in his individual capacity, <br><br> Defendants. | **ORDER** |

Upon the motion [D.E. 84] of Defendants Sheriff Johnny Barnes, in his official capacity as Sheriff of Washington County, North Carolina, and Brian Mizelle, in his individual capacity ("these Defendants"), to seal certain attachments to these Defendants' Appendix to Local Rule 56.1 Statement of Material Facts (*hereinafter*, these Defendants' Appendix"), including Exhibits 1 and 5, on the grounds that the documents and materials contain information made confidential by N.C. Gen. Stat. §§ 160A-168 and 132-1.4(a)

and/or are required to be filed under seal pursuant to the Protective Orders filed in this case (D.E. 44 and D.E. 47);

AND IT APPEARING TO THE COURT that good cause has been shown for the granting of this motion;

AND IT APPEARING TO THE COURT that these Defendants have demonstrated the necessity and propriety of sealing the documents at issue;

AND IT APPEARING TO THE COURT that the request to seal the documents overcomes any common law or First Amendment presumption to access;

AND IT APPEARING TO THE COURT that the specific qualities of the material to be sealed justify that these materials be sealed taking into account the competing interest in access;

IT IS THEREFORE ORDERED that these Defendants' Motion to Seal [D.E. 84] be GRANTED and that the following documents submitted to the Court will be sealed:

1. Exhibit 1 to the Appendix to Local Rule 56.1 Statement of Material Facts; and
2. Exhibit 5 to the Appendix to Local Rule 56.1 Statement of Material Facts.

SO ORDERED, this the  13  day of August, 2025.

_____
James C Dever III
United States District Judge