UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 2:23-CV-56-D

| | |
|---|---|
| MARY MOORE and GARY THOMAS JR., <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF JOHNNY BARNES, in his official capacity as Sheriff of Washington County, North Carolina; JEFFREY AARON EDWARDS, in his official and individual capacities; BRIAN MIZELLE, in his official and individual capacities; TOWN OF PLYMOUTH, an incorporated municipality in the State of North Carolina; CHIEF WILLIE WILLIAMS, in his official capacity; KEVIN PHELPS, in his individual capacity; RYAN WHITE, in his individual capacity, <br><br> Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE VIDEO EXHIBITS** |

Pursuant to Local Rule 5.1(f), and for the reasons stated in the Motion for Leave to File [D.E. 71] the video footage identified as exhibits in the Appendix to Statement of Material Facts of Defendants Sheriff Johnny Barnes and Deputy Mizelle ("Exhibits"), the Court hereby GRANTS the Defendants leave to file the Video Exhibits referenced in the Appendix to Defendants' Rule 56.1(a) Statement of Material Facts, and the Court will consider such Exhibits in connection with the motion for summary judgment filed by Defendants in this matter.

This the __13__ day of August, 2025.

_____
James C Dever III
United States District Judge