IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:23-cv-00056

| | |
|---|---|
| MARY MOORE and GARY THOMAS JR., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SHERIFF JOHNNY BARNES, in )<br>his official capacity as Sheriff of )<br>Washington County, North )<br>Carolina; JEFFREY AARON )<br>EDWARDS, in his official and )<br>individual capacities; BRIAN )<br>MIZELLE, in his official and )<br>individual capacities; TOWN OF )<br>PLYMOUTH, an incorporated )<br>municipality in the State of North )<br>Carolina; CHIEF WILLIE )<br>WILLIAMS, in his official capacity; )<br>KEVIN PHELPS, in his individual )<br>capacity; RYAN WHITE, in his )<br>individual capacity, )<br>)<br>Defendants. ) | **ORDER** |

Upon the motion [D.E. 76] of Defendant Jeffrey Aarons Edwards to seal certain attachments to Defendant's Appendix to Local Rule 56.1 Statement of Material Facts (*hereinafter*, "Defendant's Appendix"), including Exhibit transcripts of the depositions of Edwards, Mizelle, Arnold, Barnes, Combs, Pearl, and Phelps (# 1, 5, 7, 8, 9, 11 and 12 – Defendant's Appendix); Exhibits A through F to

Edwards' Declaration (#13 – Defendant's Appendix); and N.C. State Bureau of Investigation Report, documents A through S (#16 – Defendant's Appendix), on the grounds that the documents and materials contain information made confidential by N.C. Gen. Stat. §§ 160A-168 and 132-1.4(a) and/or are required to be filed under seal pursuant to the Protective Orders filed in this case (DE 44 and 47);

AND IT APPEARING TO THE COURT that good cause has been shown for the granting of this motion;

AND IT APPEARING TO THE COURT that Defendant has demonstrated the necessity and propriety of sealing the documents at issue;

AND IT APPEARING TO THE COURT that the request to seal the documents overcomes any common law or First Amendment presumption to access;

AND IT APPEARING TO THE COURT that the specific qualities of the material to be sealed justify that they be sealed taking into account the competing interest in access;

IT IS THEREFORE ORDERED that Defendant's Motion to Seal [D.E. 76] be GRANTED and that the following documents submitted to the Court will be sealed:

1. Transcript, Deposition of Jeffery Aaron Edwards (#1 – Defendant's Appendix);

2

2. Transcript, Deposition of Brian Mizelle (#5 – Defendant's Appendix);

3. Transcript, Deposition of Charles Arnold (#7 – Defendant's Appendix);

4. Transcript, Deposition of Johnny Barnes (#8 – Defendant's Appendix);

5. Transcript, Deposition of John Combs (#9 – Defendant's Appendix);

6. Transcript, Deposition of Michael Pearl (#11 – Defendant's Appendix);

7. Transcript, Deposition of Kevin Phelps (#12 – Defendant's Appendix);

8. Exhibits A through F attached to Declaration of Jeffery Aaron Edwards, (#13 – Defendant's Appendix); and

9. N.C. State Bureau of Investigation Report, June 29, 2022, with exhibits (#16 A through S – Defendant's Appendix).

SO ORDERED. This the 13 day of August, 2025.

James C. Dever III
United States District Judge