# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION
CIVIL ACTION No. 2:23-cv-00056-D

| | | |
|---|---|---|
| MARY MOORE and GARY THOMAS JR., | ) ) ) | |
| Plaintiffs, | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| SHERIFF JOHNNY BARNES, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| | ) | |

Plaintiff GARY THOMAS and Defendant JEFFREY AARON EDWARDS by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all of Plaintiff's remaining claims in this action.

Respectfully submitted,

GARY THOMAS

By: _/s/ Micheal L. Littlejohn Jr._
   Micheal L. Littlejohn Jr.
   North Carolina Bar No. 49353
   LITTLEJOHN LAW, PLLC
   E-mail: mll@littlejohn-law.com
   P.O. Box 16661
   Charlotte, North Carolina 28297-6661
   Telephone: (704) 322-4581
   Facsimile: (704) 625-9396
   *Attorney for Plaintiff*

JEFFREY AARON EDWARDS

By: _/s/ Dan M. Hartzog_
   Dan M. Hartzog, Jr.
   N.C. State Bar No. 35330
   HARTZOG LAW GROUP
   E-mail: dhartzogjr@hartzoglawgroup.com
   2626 Glenwood Avenue, Suite 305
   Raleigh, NC 27608
   Telephone: (919) 670-0338
   Facsimile: (919) 714-4635
   *Attorney for Defendant Jeffrey Aaron Edwards in his individual capacity*

National Police Accountability Project

*/s/ Lauren Bonds*
Lauren Bonds*
1403 Southwest Blvd
Kansas City, KS 66103
Telephone: (620) 664-8584
legal. npap@nlg.org
*Attorney for Plaintiffs*

*/s/ Keisha James*
Keisha James*
PO Box 56386
Washington, DC 20040
Telephone: (202) 557-9791
keisha.npap@nlg.org
*Attorney for Plaintiffs*

*/s/ Eliana Machefsky*
Eliana Machefsky*
2111 San Pablo Avenue
PO Box 2938
Berkeley, CA 94702
Telephone: (314) 440-3505
*Attorney for Plaintiffs*

*\*Admitted pro hac vice*

Date:  April 16, 2026

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION
CIVIL ACTION NO. 2:23-CV-00056-D

MARY MOORE AND GARY THOMAS JR.,

               Plaintiffs,

   v.

SHERIFF JOHNNY BARNES et al.,        /

         Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I filed a true and correct copy of the

**STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the

CM/ECF system, which will automatically send e-mail notification of such filing to the

following attorney of record:

Dan Hartzog
Hartzog Law Group
dhartzogjr@hartzoglawgroup.com
Attorney for Jeffrey Aaron Edwards

Lauren Bonds
Keisha James
Eliana Machefsky
National Policy Accountability Project
legal.npap@nlg.org
keisha@npap@nlg.org
fellow.npap@nlg.org
*Attorneys for Plaintiffs*

Brian F. Castro
James R. Morgan
Womble Bond Dickinson (US) LLP
brian.castro@wbd-us.com
Jim.Morgan@wbd-us.com
*Attorneys for Sheriff Johnny Barnes and Brian Mizelle*

Scott D. MacLatchie
Hall Booth Smith, P.C.
SMaclatchie@hallboothsmith.com
*Attorney for Kevin Alexander Phelps, Town of Plymouth, Ryan White, and Willie Williams*

Respectfully submitted,

**BY: LITTLEJOHN LAW, PLLC**

<u>/s/ Micheal L. Littlejohn Jr.</u>
Micheal L. Littlejohn, Jr.
N.C. Bar No. 49353
Littlejohn Law PLLC
PO Box 16661
Charlotte, N.C 28297
Telephone: (704) 322-4581
Fax: (704) 625-9396
Email: mll@littlejohn-law.com
*Counsel for Plaintiffs*