IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:23-CV-56-D

| | | |
|---|---|---|
| MARY MOORE and GARY THOMAS, JR., | ) | |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| SHERIFF JOHNNY BARNES, et al., | ) | |
| Defendants. | ) | |

It appears this case is over. See [D.E. 132, 135]. Not later than October 30, 2026, the parties SHALL update the court on whether the case is over.

SO ORDERED. This 16 day of October, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge